**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

———————————————————————— )
)
KENNETH D. BELL, in the capacity as court- )
Appointed Receiver for Rex Venture Group, )
LLC d/b/a ZeekRewards.com, )
)
     Plaintiff, )
)
vs. )
)  Case Action No. 3:15-cv-199
ERIC MORTENSEN, JOERGEN STEGLER )
LORENTZEN, and LEDA RASMUSSEN, )   **JUDGMENT**
)
     Defendants. )
———————————————————————— )

   **THIS MATTER** comes before the Clerk of Court on the Receiver's Motion for Default
Judgment by Clerk of Court. *See* Doc. No. 11. The Clerk of Court previously entered default
against Defendant Leda Rasmussen ("Defendant Rasmussen") on November 12, 2015. *See* Doc.
No. 9. In accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff in
this matter has requested a sum certain and has provided an affidavit showing the amount due by
Defendant Rasmussen.

   **IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Default Judgment by
Clerk of Court is GRANTED, and the Receiver shall have and recover of Defendant Rasmussen
the sum of $69,126.41, which is comprised of $53,582.76 in principal and $15,543.65 in
prejudgment interest from August 13, 2012 to December 4, 2015. Postjudgment interest shall
accrue on the entire Judgment, including the award of prejudgment interest, at the rate specified
under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

Signed: December 7, 2015

Frank G. Johns, Clerk
United States District Court